## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Randy Poitra, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | Case No. 3:20-cv-00123 |
| Novartis Pharmaceuticals Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

The parties filed a stipulation on August 13, 2020 agreeing that Plaintiff Randy Poitra would voluntarily dismiss any claims for punitive damages without prejudice.  Doc. No. 11.  The Court **ADOPTS** the stipulation (Doc. No. 11) in its entirety and **ORDERS** any claims for punitive damages dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure without prejudice.

**IT IS SO ORDERED**.

Dated this 17th day of August, 2020.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court